IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Former WPD Deputy Chief Wanda Givens,<br>Former WPD Deputy Chief Chester Pinkston, and<br>Former WPD Deputy Chief Jose Salcido,<br><br>      Plaintiffs,<br><br>vs.<br><br>City of Wichita,<br>City Councilman Bryan Frye,<br>City Manager Robert Layton,<br>Former Human Resources Director, Chris Bezruki,<br>The Fraternal Order of Police, Lodge No. 5, Wichita, KS<br>Former WPD Interim Chief Troy Livingston,<br>Former WPD Captain Kevin Kochenderfer,<br>WPD Captain Wendell Nicholson,<br>WPD Detective Dave Inkelaar, and<br>WPD Officer Paul Zamorano,<br><br>      Defendants. | Case No. 23-CV-1033 |

## ENTRY OF APPEARANCE

G. Andrew Marino and Corey M. Adams of Gibson Watson Marino LLC hereby enter their appearance as attorneys for Defendants Kevin Kochenderfer, Wendell Nicholson, and Bryan Frye.

Respectfully submitted,

GIBSON WATSON MARINO LLC

/s/ G. Andrew Marino
G. Andrew Marino, #21716
Corey M. Adams, #27253
GIBSON WATSON MARINO LLC
301 N. Main, Suite 1300
Wichita, KS 67202
T: (316) 264-7321

1

F: (316) 264-8614
andrew@gwmks.com
corey@gwmks.com
*Attorneys for Kochenderfer, Nicholson, and Frye*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 3rd day of April, 2023, the foregoing was electronically filed with the Clerk of the U.S. District Court using the CM/ECF system, which will send notice of electronic filing to all registered attorneys of record.

| | |
|---|---|
| James A. Thompson, SC #21263<br>Malone, Dwire & Thompson, LLC<br>PO Box 2082<br>Wichita, KS 67201-2082<br>(316) 265-4248 | jthompson@mdtlawyer.com |

/s/ G. Andrew Marino
G. Andrew Marino, #21716

2